Scott R. Hoyt (SBN: 92723)
Adam L. Hoyt (SBN: 296094)
Joseph G. Pia (admitted pro hac vice)
John P. Mertens (SBN: 252762)
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010
shoyt@pamhlaw.com
ahoyt@pamhlaw.com
joe.pia@pamhlaw.com
jmertens@pamhlaw.com

R. Keenan Davis (SBN: 88609)
R. Keenan Davis Law
6715 South 1300 East, Suite 250
Salt Lake City, UT 84121
Telephone: 530-431-5663
keenan.davis@harwardlaw.com
*Attorneys for William Andreoli*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREOLI, an individual, <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br> YOUNGEVITY INTERNATIONAL, INC., a Delaware corporation; STEVE WALLACH, an individual; MICHELLE WALLACH, an individual; DAVID BRISKIE, an individual; and DOES I-X, <br><br>　　　　　　Defendants. | Case No. 3:16-CV-02922-AJB-MDD <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br><br> Judge:  Hon. Barry Ted Moskowitz <br> Magistrate: Hon. Jill L. Burkhardt |

- 1 -

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL, INC., a Delaware corporation, | |
| Counterclaimant, | |
| vs. | |
| WILLIAM ANDREOLI, an individual, | |
| Counterclaim Defendant. | |

Notice is hereby given of the entry of **John P. Mertens** counsel for Plaintiff and Counterclaim Defendant WILLIAM ANDREOLI, in the above-entitled matter. Accordingly, all further notice and copies of pleadings, motions, orders, notices, and other materials relevant to this action should be directed and served upon:

John P. Mertens
PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
Tel: (801) 350-9000
Fax: (801) 350-9010
jmertens@pamhlaw.com

DATED: July 20, 2018   PIA ANDERSON MOSS HOYT

By: /s/ *John P. Mertens*
*Attorney for William Andreoli*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2018, I electronically filed the
NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using
the CM/ECF system which will send notification of such filing to the following:

Peter A. Arhangelsky, Esq.
Eric J. Awerbuch, Esq.
Joshua Scott Furman, Esq.
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286

Attorneys for Defendants


/s/  Michelle Lund
*Paralegal for Pia Anderson Moss Hoyt*