# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREOLI,<br><br>                              Plaintiff,<br><br>        v.<br><br>YOUNGEVITY INTERNATIONAL, et al.,<br><br>                              Defendants.<br>--------------------------------------------<br>YOUNGEVITY INTERNATIONAL, et al.,<br>             Counterclaim Plaintiffs,<br>        v.<br><br>WILLIAM ANDREOLI,<br><br>             Counterclaim Defendant. | Case No.: 3:16-CV-02922-BTM-JLB<br><br>**ORDER SETTING PARAMETERS FOR SUBMISSION OF SUMMARY JUDGMENT BRIEFING** |

In anticipation of motions for summary judgment in this case, the Court sets parameters for the submission of the briefing.

**Four Claims in Plaintiff's Restated First Amended Complaint**

All motions relating to the remaining four claims in Plaintiff's Restated First Amended Complaint (ECF No. 22) will be given the same hearing date and have the same briefing schedule.  Parties will call Chambers to receive the hearing date before filing.  Motions for summary judgment on individual claims must be filed separately.  The total page limit for briefing on all four claims must not exceed: twenty pages for initial briefing in support of motions, twenty pages for opposition briefing,

and twelve pages for reply briefing.  The Court gives the parties discretion as to how they will divide up the allotted pages for each claim, as long as the total limit is not exceeded.

### Seven Counterclaims in Counterclaim Plaintiffs' Counterclaim

All motions relating to the remaining seven counterclaims in the Counterclaim Plaintiffs' Counterclaim (ECF No. 25) will be given the same hearing date and have the same briefing schedule.  Parties will call Chambers to receive the hearing date before filing.  Motions for summary judgment on individual counterclaims must be filed separately.  The total page limit for briefing on all seven counterclaims must not exceed: thirty-five pages for initial briefing in support of motions, thirty-five pages for opposition briefing, and twenty-one pages for reply briefing.  The Court gives the parties discretion as to how they will divide up the allotted pages for each counterclaim, as long as the total limit is not exceeded.

In the briefing, parties need not state the standard for summary judgment.

The Court requests oral argument and will set a date closer to when parties are ready to file.

IT IS SO ORDERED.

Dated: 10/12/18

_____
Barry Ted Moskowitz, Chief Judge
United States District Court