# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| <u>Case Name:</u> | **Andreoli v. Youngevity International, Inc. et al.** | <u>Case No.:</u> | **16-cv-02922-BTM-JLB** |

<u>Hon. Jill L. Burkhardt</u>   <u>Ct. Deputy Carolina Lopez</u>   <u>Rptr. Tape:  N/A</u>

On October 12, 2018, counsel for the parties left a joint voicemail message with Magistrate Judge Burkhardt's chambers regarding a discovery dispute concerning Defendants' Requests for Production served on August 9, 2018.  (*See* ECF No. 96.)  A Discovery Conference was held on October 16, 2018, regarding a different discovery dispute, but the Court indicated during the Conference that it would issue a briefing schedule with respect to the dispute concerning Defendants' August 9, 2018 Requests for Production.  This order sets out a briefing schedule and hearing date for a motion seeking to resolve the discovery dispute:

1. The moving party shall file and serve a motion to compel on or before **<u>October 22, 2018</u>**.  The motion shall be no more than **10 pages**, exclusive of exhibits, and shall comply with Section IV.D. of Judge Burkhardt's Civil Chambers Rules.

2. The opposing party shall file and serve an opposition on or before **<u>October 29, 2018</u>**.  Any opposition shall be no more than **10 pages**, exclusive of exhibits, and shall comply with Section IV.D. of Judge Burkhardt's Civil Chambers Rules.

3. For purposes of complying with CivLR 5.1.j.4., a hearing date of **<u>November 6, 2018</u>**, at **11:30 AM** is assigned.  Unless the Court directs otherwise in advance of the hearing date, pursuant to Local Rule 7.1.d.1., this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.  If oral argument is requested by the Court, then it will be held in Courtroom 5C of the Edward J. Schwartz U.S. Courthouse.

4. Each document filed must comply with CivLR 5.1.

///

5.    The parties are directed to consult Section 2.e of the Court's Electronic Case Filing Administrative Policies and Procedures Manual to determine whether courtesy copies need to be delivered to Chambers.

**IT IS SO ORDERED.**

Date: October 16, 2018                Initials: lc1